875 A.2d 916

IN THE MATTER OF KATHLEEN SCOTT CHASAR, AN ATTORNEY AT LAW.

June 23, 2005.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **KATHLEEN SCOTT CHASAR** of **LAWRENCEVILLE**, who was admitted to the bar of this State in

1996, and who was suspended from the practice of law for a period of three months effective March 23, 2005, by Order of this Court filed February 25, 2005, be restored to the practice of law, effective immediately.